IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHENXI ZENG,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SCHEDULE A DEFENDANTS,<br><br>　　　　　　Defendants. | Civil Case No.: 2:26-cv-00142 |

## [PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE* OF ZHENG "ANDY" LIU

For good cause, it is hereby ORDERED that the Motion for *Pro Hac* Vice appearance of Zheng "Andy" Liu is GRANTED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

1