**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**

Joseph F. Weis, Jr. U. S. Courthouse
700 Grant Street
Pittsburgh, PA 15219
www.pawd.uscourts.gov

**BRANDY S. LONCHENA**
CLERK OF COURT
412–208–7500

IN REPLYING GIVE NUMBER
OF CASE AND NAMES OF PARTIES

Date: January 27, 2026

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313–1450

RE:   CHENXI ZENG vs.  SCHEDULE A DEFENDANTS
Case Number:   **2:26–CV–00142–WSS**

Dear Commissioner:

   In compliance with 35 § 290 and/or 15 U.S.C. § 1116 enclosed is a copy of the docket entries and complaint which was filed in the United States District Court for the Western District of Pennsylvania.

Sincerely,

BRANDY S. LONCHENA
CLERK OF COURT

By: /s/ **Rebecca J Richardson**
Deputy Clerk

Enclosures