# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHENXI ZENG | ) | 2:26-cv-00142-WSS |
| | ) | Civil Action No. _____ |
| | ) | |
| vs. | ) | or |
| SCHEDULE A DEFENDANTS | ) | |
| | ) | Criminal Action No. |
| | ) | _____ |

## DISCLOSURE STATEMENT

    Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

    Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____*Chenxi Zeng*_____, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

01/27/2026  
Date

/s/ Zheng "Andy" Liu  
Signature of Attorney or Litigant

Revision Date: November 1, 2016