IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHENXI ZENG,<br><br>                    Plaintiff,<br><br>    v.<br><br>SCHEDULE A DEFENDANTS,<br><br>                    Defendants. | Civil Case No.: 2:26-cv-00142-WSS |

**[PROPOSED] ORDER TO TEMPORARILY SEAL FILE**

On this day, the Court considered Plaintiff's *Ex Parte* Motion to File Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the following documents under seal until the hearing on Plaintiffs' Application for an Order to Show Cause Why a Preliminary Injunction Should Not Issue or further order of the Court:

(1) Plaintiff's Complaint and its accompanying declarations, schedules, and exhibits;

(2) Plaintiff's *Ex Parte* Motion for Temporary Restraining Order, including a temporary injunction, a temporary asset restraint, and limited expedited discovery, and the accompanying declarations, schedules, and exhibits; and

(3) Plaintiff's Brief in support of its *Ex Parte* Motion for Temporary Restraining Order, and its accompanying declarations, schedules, and exhibits.

It is further ORDERED that, notwithstanding this Order to Seal File, the Clerk of

1

the Court shall have authority to provide Plaintiff with certified copies of any orders entered in this matter while under seal.

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE