IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHENXI ZENG,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Case No.: 2:26-cv-00142-WSS |

**MOTION FOR PRAECIPE TO ISSUE SUMMONS**

Plaintiff Chenxi Zeng requests that the clerk of this Court issue the attached Summons.

Date: January 26, 2026

Respectfully submitted,

\_\_\_\_/s/ Zheng "Andy" Liu_____
Zheng "Andy" Liu (CA-279327)
Aptum Law
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorneys for Plaintiff*

1