IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHENXI ZENG,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>SCHEDULE A DEFENDANTS,<br><br>　　　　*Defendants*. | Civil Action No. 2:26-cv-142<br><br>Hon. William S. Stickman IV |

## ORDER OF COURT

AND NOW, this 28th day of January 2026, IT IS HEREBY ORDERED that if the bond ordered in the amount $5,000.00 (five thousand dollars) is submitted in cash, once received by the Finance Department of the United States District Court for the Western District of Pennsylvania, it shall be placed in the local Court Registry where it is to remain until further order of court.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/  William S. Stickman IV
　　　　　　　　　　　　　　　　　　WILLIAM S. STICKMAN IV
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE