IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHENXI ZENG,<br><br>               Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>               Defendants. | Civil Case No.: 2:26-cv-00142-WSS |

**[PROPOSED ORDER] FOR CONTINUANCE OF HEARING AND TO EXTEND THE TEMPORARY RESTRAINING ORDER**

AND NOW, this ___ day of February, 2026, IT IS HEREBY ORDERED that the Motion for Continuance of Hearing and to Extend the Temporary Restraining Order (ECF No. 22) is GRANTED. The injunction hearing is continued from **February 11, 2026 at 12:00 p.m. (EST)** to _____ at _____.m. (EST) in courtroom 8B before Honorable Judge William S. Stickman IV.

IT IS FURTHER ORDERED that counsel for Plaintiff shall serve a copy of this scheduling order upon Defendants and file proof of the same with the Court.

 

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE

1