IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHENXI ZENG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCHEDULE A DEFENDANTS**,**<br><br>　　　　　Defendants. | Civil Case No.: 2:26-cv-00142-WSS |

**ORDER GRANTING CONTINUANCE OF HEARING AND EXTENSION OF THE TEMPORARY RESTRAINING ORDER**

　　AND NOW, this 9th day of February 2026, IT IS HEREBY ORDERED that the Motion for Continuance of Hearing and to Extend the Temporary Restraining Order (ECF No. 20) is GRANTED.  The temporary restraining order remains in full force and effect pending the injunction hearing.  The injunction hearing is continued from **February 11, 2026 at 10:30 a.m. (EST)** to **February 24, 2026 at 1:30 p.m. (EST)** in courtroom 8B before Judge William S. Stickman IV.

　　IT IS FURTHER ORDERED that counsel for Plaintiff to serve a copy of this scheduling order upon Defendants and file proof of the same with the Court.

　　　　　　　　　　　　　　　　　　　　　　　s/ William S. Stickman IV
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM S. STICKMAN IV
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE