IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Chenxi Zeng )
)
vs. )  Civil Action No. 26-cv-00142
)
Schedule A Defs. )
)
)

**MOTION FOR ADMISSION *PRO HAC VICE* OF** JIANYIN LIU

    Jianyin Liu, undersigned counsel for, hereby moves that Jianyin Liu be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendants Temu stores Brandon Super Family, Brandon Super Sports, Molotar Shop and HaoMart in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

    In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of [Affiant] filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: Feb. 9, 2026

    Respectfully submitted,

    /s/ Jianyin Liu
    Jianyin Liu, Esq.
    Florida Bar No. 1007675
    THE LAW OFFICES OF JAMES LIU, PLLC
    15750 SW 92nd Avenue, Unit 20C
    Palmetto Bay, FL 33157
    Telephone: (305) 209-6188
    Email: jamesliulaw@gmail.com
    Counsel for Defendants

    /s/ Abena K Abayomi-Rogers

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on [Insert Date], I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

                /s/ Jianyin Liu
                Jianyin Liu