**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

Chenxi Zeng

_____          )
                                   )
            vs.                    )          Civil Action No. __26-cv-00142__
                                   )
Schedule A Defs.                   )
_____          )
                                   )

**ORDER GRANTING MOTION OF PRO HAC VICE ADMISSION**

The motion of Pro Hac Vice filed by Jianyin Liu, for admission to practice Pro Hac

Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of Florida

and Washington; and his contact information is as follow:

    Applicant's Name: Jianyin Liu
    Firm Name: The Law Offices of James Liu PLLC
    Address: 15750 SW 92nd Ave Unit 20C,
    City/State/Zip: Palmetto Bay, FL 33157
    Telephone/Fax: (305) 209 6188
    Email: Jamesliulaw@gmail.com

Applicant having requested admission Pro Hac Vice to appear for all purpose as

counsel for the defendants Temu stores Brandon Super Family, Brandon Super Sports,

Molotar Shop and HaoMart.

.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in

the above captioned case in the United States District Court of the Western District of

Pennsylvania. All attorneys appearing before this Court are subjected to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District/Magistrate judge