# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Chenxi Zeng )
) 
vs. ) Civil Action No. 26-cv-00142
)
Schedule A Defs. )
)
)

**AFFIDAVIT OF Jianyin Liu IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Jianyin Liu, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for [Plaintiff/Defendant] HaoMart et al in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Jianyin Liu, being duly sworn, do hereby depose and say as follows:

1. I am a [Lawyer/Partner/Associate] of the law firm [The Law Offices of James Liu PLLC].
2. My business address is 15750 SW 92nd Ave Unti 20C, Palmetto Bay, FL 33157.
3. I am a member in good standing of the bar[s] of FL and WA.
4. My bar identification number(s) [is/are] FBN: 1007675; WABA: 59542.
5. A current certificate of good standing from FL and WA is attached to this Affidavit as Exhibit A and B.
6. [if applicable] The following are a complete list of any previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court:_____: [Insert additional explanation as appropriate.]
7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.
8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

9. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.
I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: 02/09/2026

/s/ Jianyin Liu
_____
[Affiant]