IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Chenxi Zeng | ) ) ) | |
| vs. | ) ) | Civil Action No. 26-cv-00142 |
| Schedule A Defs. | ) ) ) | |

**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND LCvR 7.1**

Defendants Brandon Super Family, Brandon Super Sports, Molotar Shop and HaoMart ("Defendants"), by and through its undersigned counsel, hereby files this Disclosure Statement.

Defendants state that none of them has no parent companies, subsidiaries, and affiliates that have issued shares or debt securities to the public.

Respectfully submitted,

/s/ Jianyin Liu
Jianyin Liu
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C,
Palmetto Bay, FL 33157
FL Bar No. 1007675
Attorney for Defendants
(Pro Hac Vice Pending)

Dated: Feb. 9, 2026

**CERTIFICATE OF SERVICE**

      I hereby certify that on Feb. 9, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.

      /s/ Jianyin Liu

Case 2:26-cv-00142-WSS   Document 24   Filed 02/09/26   Page 2 of 2