IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHENXI ZENG,

            Plaintiff,

    v.

SCHEDULE A DEFENDANTS,

            Defendants.

Civil Case No.: 2:26-cv-00142-WSS

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 4, 11, 12 & 13**

Under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice, against the following defendants from this action:

| **No.** | **Defendant** | **Seller ID** | **Platform** |
|---|---|---|---|
| 4 | Minto Outdoor | 634418219769865 | Temu |
| 11 | ENBOutdoor Gear | 634418227399429 | Temu |
| 12 | Joxir Outdoor Direct | A1Y4DMFWXNS410 | Amazon |
| 13 | Ecogou Wagon Carts Direct | A1WOAEIE6M8N0T | Amazon |

///

///

///

1

Date: February 10, 2026				Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
***Aptum Law***
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorneys for Plaintiff*