AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

CHENXI ZENG

*Plaintiff(s)*

v.

SCHEDULE A DEFENDANTS

*Defendant(s)*

Civil Action No. 2:26-CV-00142-WSS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SCHEDULE A DEFENDANTS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Zheng "Andy" Liu (CA- 279327)
***Aptum Law***
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Tel.: 650-475-6289
Email: Andy.Liu@AptumLaw.us

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

01/28/2026

*Becca Richardson*

*Date*                                                                                                                                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SCHEDULE A DEFENDANTS
was received by me on *(date)* 01/28/2026 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* On 02/03/2026 and 02/09/2026, as authorized by Court Order (Dkt.12), I emailed a copy of the Summons and Complaint to all Schedule A defendants' email addresses as provided by Amazon.com and Temu.com, in addition to a link to the Summons and Complaint. I did not receive any notice of non-delivery of my emails.

My fees are $ _____ for travel and $ 300.00 for services, for a total of $ 300.00 .

I declare under penalty of perjury that this information is true.

Date: 02/09/2026

/s/ Oscar Lam
*Server's signature*

Oscar Lam, Process Server
*Printed name and title*

1660 S Amphlett Blvd Suite 315, San Mateo, CA 94402
*Server's address*

Additional information regarding attempted service, etc: