IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHENXI ZENG,<br><br>  Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>  Defendants. | Civil Case No.: 2:26-cv-00142-WSS |

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the law of the United States that on February 9, 2026, I, or someone acting under my direction, served a copy of the following:

**TEMPORARY RESTRAINING ORDER; ORDER RESTRAINING ASSETS AND MERCHANT STOREFRONTS; ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE; AND ORDER AUTHORIZING EXPEDITED DISCOVERY; SCHEDULING ORDER**

upon all Defendants by emailing the same to all Schedule A defendants' email addresses as provided by Temu.com and Amazon.com. I did not receive any notice of non-delivery of my emails.

///

///

///

1

Date: February 10, 2026                    Respectfully submitted,

                                                               /s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
Aptum Law
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

***Attorneys for Plaintiff***