IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHENXI ZENG,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

_____/

Civil Action No. 2:26-cv-00142-WSS

Judge William S. Stickman

### DEFENDANTS' MOTION FOR LEAVE TO APPEAR REMOTELY AT PRELIMINARY INJUNCTION HEARING

Defendants Brandon Super Family, Brandon Super Sports, Molotar Shop, and HaoMart (collectively, "Moving Defendants"), by and through undersigned counsel, respectfully move this Court for leave to appear remotely by video conference (or, alternatively, by telephone) at the preliminary injunction hearing scheduled for February 24, 2026, at 1:30 PM in Courtroom 8B before the Honorable William S. Stickman.

In support of this motion, Moving Defendants state as follows:

1. This Court granted Plaintiff's motion for a temporary restraining order and set the matter for a preliminary injunction hearing on February 24, 2026 (Docket Entry 21).

2. Undersigned counsel, Jianyin Liu (Florida Bar No. 1007675), was admitted *pro hac vice* to represent Moving Defendants in this matter. Counsel's office is located in Miami, Florida.

3. Travel from Miami, Florida, to Pittsburgh, Pennsylvania, for an in-person appearance will cause two-day time in traveling round trip.

4. The undersigned has to quote certain attorney fees to Moving Defendants, by factoring the two-day travel into consideration.

5. Such costs add unbearable financial burden to Moving Defendants that are all small businesses in China. Assuming with no likelihood of success on merits, such financial burden is unfair to Moving Defendants.

6 In addition, if the Court determines that witness testimony is necessary or allowed at the hearing, any potential witnesses on behalf of Moving Defendants are located in the People's Republic of China. Obtaining visas for travel to the United States on such short notice is not feasible due to:

  - Lengthy visa processing times at U.S. consulates in China;

  - Current backlogs and scheduling constraints; and

  - The significant logistical and financial burden of international travel on short notice.

7. Remote appearance will impose no prejudice on Plaintiff or the Court. The issues to be addressed at the hearing (primarily legal arguments concerning the propriety of injunctive relief, personal jurisdiction, and the sufficiency of Plaintiff's evidence) can be fully and fairly presented via video or telephone. Moving Defendants will ensure full participation, high-quality audio/video, and compliance with all technical requirements.

**WHEREFORE**, Moving Defendants respectfully request that the Court enter an order:

a. Granting leave for undersigned counsel to appear remotely by video conference (preferred) or telephone at the February 24, 2026, preliminary injunction hearing; and

b. Granting such further relief as the Court deems just and proper.

Respectfully submitted,

Dated: February 10, 2026

/s/ Jianyin Liu
Jianyin Liu
Florida Bar No. 1007675
THE LAW OFFICES OF JAMES LIU, PLLC
15750 SW 92nd Avenue, Unit 20C
Palmetto Bay, FL 33157
Telephone: (305) 209-6188
Email: jamesliulaw@gmail.com

Counsel for Defendants Brandon Super Family, Brandon Super Sports, Molotar Shop, and HaoMart

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2026, a true and correct copy of the foregoing was filed via the Court's CM/ECF system and served upon all counsel of record.

By: /s/ Jianyin Liu