IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
Civil Action No. 2:26-cv-00142-WSS

CHENXI ZENG,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

_____/

**ORDER**

AND NOW, this \_\_\_ day of February 2026, upon consideration of Defendants' Motion for Leave to Appear Remotely at Preliminary Injunction Hearing, and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED. Counsel for Defendants Brandon Super Family, Brandon Super Sports, Molotar Shop, and HaoMart is authorized to appear remotely by video conference [or telephone] at the preliminary injunction hearing scheduled for February 24, 2026, at 1:30 PM.

Counsel shall comply with all technical instructions provided by the Court and shall ensure a stable, high-quality connection.

SO ORDERED.

_____
William S. Stickman
United States District Judge