IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHENXI ZENG,

          *Plaintiff*,

    v.

SCHEDULE A DEFENDANTS,

          *Defendants*.

Civil Action No. 2:26-cv-142

Hon. William S. Stickman IV

## ORDER OF COURT

AND NOW, this 10th day of February 2026, IT IS HEREBY ORDERED that Defendants' Motion for Leave to Appear Remotely at Preliminary Injunction Hearing is GRANTED. The hearing on Plaintiff's request for preliminary injunction will no longer be held in courtroom 8B, and all parties are now directed to appear by video.

Connect by Zoom:  https://pawd-uscourts.zoomgov.com/j/1603524943

IT IS FURTHER ORDERED that counsel for Plaintiff serve a copy of this scheduling order upon all Defendants and file proof of same with the Court.

BY THE COURT:

s/   William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE