IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHENXI ZENG,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SCHEDULE A DEFENDANTS**,**<br><br>　　　　　　Defendants. | Civil Case No.: 2:26-cv-00142-WSS |

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the law of the United States that on February 10, 2026, I, or someone acting under my direction, served a copy of the following:

**ORDER OF COURT GRANTING DEFENDANT'S MOTION FOR LEAVE TO APPEAR REMOTELY AT PRELIMINARY INJUNCTION HEARING**

upon all Defendants by emailing the same to all Schedule A defendants' email addresses as provided by Temu.com and Amazon.com, and Defendants' Counsel's email on record. I did not receive any notice of non-delivery of my emails.

///

///

///

///

1

Date: February 10, 2026                         Respectfully submitted,


                                                _____/s/ Zheng "Andy" Liu_____
                                                Zheng "Andy" Liu (CA- 279327)
                                                Aptum Law
                                                1660 S Amphlett Blvd Suite 315
                                                San Mateo, CA 94402
                                                Email: Andy.Liu@AptumLaw.us
                                                Phone: 650-475-6289

                                                ***Attorneys for Plaintiff***