# Order List

**Brandon Super Spo...**

Fulfillment Center | information 99+

## Sidebar
- front page
- Inventory Management
- Inventory Management
- Product Management
- Material Management
- Quality Management
- Data Center
- Store Marketing
- Hot-selling items follow-up sale
- Account Funds
- Store Management NEW
- Evaluation Management
- Customer Service Center NEW
- service market
- Compliance services
- Product Promotion NEW
- Order Management
  - Order online — Order List 16
  - Order Export — Returns/Refunds
  - Cancel order — Resend List
  - List of Appeal F... — Chargeback pro...
  - Intelligent orde...
- Cooperation docking warehouse
- Delivery Management
- After-sales rules settings
- Market Expansion Model

## Tabs
All (110) | Platform processing (0) | 0 items pending shipment | Shipped (0) | Received (102) | Cancelled (8)

Custom list | Filter tags

Export Orders

| Order status | Sub-order information | Delivery information | Waybill Information | Operational node (time zone: UTC+8) | Remark / Batch modification | operate |
|---|---|---|---|---|---|---|
| Signed for | 1pc Collapsible Foldable Wag... ×1<br>Sub-order number:211-103745001221...<br>SKU ID: 3926679125<br>SKC ID:1516981661<br>SPU ID: 489861023<br>SKU number:X004E2EFST<br>property:Black<br>Inventory deducted from warehouse:eHo... | consignee:*** Contact the buyer<br>Contact information:***<br>Mail:***<br>Shipping address:*** | Seller ships order (online order)<br>Logistics provider:UPS  Package 1<br>Package Number:PK-1241263521136792536<br>Waybill Number:1ZGH1263PW66773699<br>Shipping warehouse: Kaiyi Meixi Warehouse | Order creation time:2024-09-28 23:45:11<br>Order shipping time:2024-09-29 00:15:14<br>Latest shipping time required:2024-10-02 12:30:03<br>Actual shipping time:2024-09-30 11:06:15<br>Estimated delivery time:2024-10-09 11:59:59<br>Actual delivery time:2024-10-05 08:02:28 | - | Order Details<br>Edit notes |
| Signed for | 1pc Collapsible Foldable Wag... ×1<br>Sub-order number:211-108236479851...<br>SKU ID: 3926679125<br>SKC ID:1516981661<br>SPU ID: 489861023<br>SKU number:X004E2EFST<br>property:Black<br>Inventory deducted from warehouse:eHo... | consignee:*** Contact the buyer<br>Contact information:***<br>Mail:***<br>Shipping address:*** | Seller ships order (online order)<br>Logistics provider:UPS  Package 1<br>Package Number:PK-1241275946762392536<br>Waybill Number:1ZGH1263PW63657301<br>Shipping warehouse: Kaiyi Meixi Warehouse | Order creation time:2024-09-28 14:06:02<br>Order shipping time:2024-09-28 15:36:36<br>Latest shipping time required:2024-10-02 13:30:33<br>Actual shipping time:2024-09-30 11:06:15<br>Estimated delivery time:2024-10-09 11:59:59<br>Actual delivery time:2024-10-05 22:53:41 | - | Order Details<br>Edit notes |
| Signed for | 1pc Collapsible Foldable Wag... ×1<br>Sub-order number:211-104722048261...<br>SKU ID: 3926679125<br>SKC ID:1516981661<br>SPU ID: 489861023<br>SKU number:X004E2EFST<br>property:Black<br>Inventory deducted from warehouse:eHo... | consignee:*** Contact the buyer<br>Contact information:***<br>Mail:***<br>Shipping address:*** | Seller ships order (online order)<br>Logistics provider:UPS  Package 1<br>Package Number:PK-1241253182177432536<br>Waybill Number:1ZGH1263PW84774574<br>Shipping warehouse: Kaiyi Meixi Warehouse | Order creation time:2024-09-28 09:20:14<br>Order shipping time:2024-09-28 09:50:18<br>Latest shipping time required:2024-10-02 12:30:03<br>Actual shipping time:2024-09-30 11:06:10<br>Estimated delivery time:2024-10-09 11:59:59<br>Actual delivery time:2024-10-05 22:41:34 | - | Order Details<br>Edit notes |
| Signed for | 1pc Collapsible Foldable Wag... ×1<br>Sub-order number:211-164225767045...<br>SKU ID: 3926679125<br>SKC ID:1516981661<br>SPU ID: 489861023<br>SKU number:X004E2EFST<br>property:Black<br>Inventory deducted from warehouse:eHo... | consignee:*** Contact the buyer<br>Contact information:***<br>Mail:***<br>Shipping address:*** | Seller ships order (online order)<br>Logistics provider:UPS  Package 1<br>Package Number:PK-1241249302446232536<br>Waybill Number:1ZGH1263PW47816035<br>Shipping warehouse: Kaiyi Meixi Warehouse | Order creation time:2024-09-28 04:22:35<br>Order shipping time:2024-09-28 05:53:10<br>Latest shipping time required:2024-10-02 13:30:34<br>Actual shipping time:2024-09-30 11:06:10<br>Estimated delivery time:2024-10-09 11:59:59<br>Actual delivery time:2024-10-05 00:59:10 | - | Order Details<br>Edit notes |
| Signed for | 1pc Collapsible Foldable Wag... ×1<br>Sub-order number:211-162728893957...<br>SKU ID: 3926679125<br>SKC ID:1516981661<br>SPU ID: 489861023<br>SKU number:X004E2EFST<br>property:Black<br>Inventory deducted from warehouse:eHo... | consignee:*** Contact the buyer<br>Contact information:***<br>Mail:***<br>Shipping address:*** | Seller ships order (online order)<br>Logistics provider:UPS  Package 1<br>Package Number:PK-1241255688274072536<br>Waybill Number:1ZGH12630345562375<br>Shipping warehouse: Kaiyi Meixi Warehouse | Order creation time:2024-09-28 02:01:38<br>Order shipping time:2024-09-28 03:32:13<br>Latest shipping time required:2024-10-02 14:30:34<br>Actual shipping time:2024-09-30 11:06:09<br>Estimated delivery time:2024-10-09 12:59:59<br>Actual delivery time:2024-10-06 05:43:31 | - | Order Details<br>Edit notes |
| Signed for | 1pc Collapsible Foldable Wag... ×1<br>Sub-order number:211-159312825170...<br>SKU ID: 3926679125<br>SKC ID:1516981661<br>SPU ID: 489861023<br>SKU number:X004E2EFST<br>property:Black<br>Inventory deducted from warehouse:eHo... | consignee:*** Contact the buyer<br>Contact information:***<br>Mail:***<br>Shipping address:*** | Seller ships order (online order)<br>Logistics provider:UPS  Package 1<br>Package Number:PK-1241283139993752536<br>Waybill Number:1ZGH1263PW81131406<br>Shipping warehouse: Kaiyi Meixi Warehouse | Order creation time:2024-09-27 19:32:06<br>Order shipping time:2024-09-27 20:02:08<br>Latest shipping time required:2024-10-02 13:30:01<br>Actual shipping time:2024-09-30 11:06:14<br>Estimated delivery time:2024-10-09 12:59:59<br>Actual delivery time:2024-10-05 04:04:50 | - | Order Details<br>Edit notes |
| Signed for | 1pc Collapsible Foldable Wag... ×1<br>Sub-order number:211-162047765740...<br>SKU ID: 3926679125<br>SKC ID:1516981661<br>SPU ID: 489861023<br>SKU number:X004E2EFST<br>property:Black<br>Inventory deducted from warehouse:eHo... | consignee:*** Contact the buyer<br>Contact information:***<br>Mail:***<br>Shipping address:*** | Seller ships order (online order)<br>Logistics provider:UPS  Package 1<br>Package Number:PK-1241261665157272536<br>Waybill Number:1ZGH12630349710760<br>Shipping warehouse: Kaiyi Meixi Warehouse | Order creation time:2024-09-27 12:20:55<br>Order shipping time:2024-09-27 14:05:51<br>Latest shipping time required:2024-10-01 14:44:55<br>Actual shipping time:2024-09-30 11:06:09<br>Estimated delivery time:2024-10-08 12:59:59<br>Actual delivery time:2024-10-05 06:17:07 | - | Order Details<br>Edit notes |

Select across pages    Selected orders:0     There are 110 in total.    Each page 20 strip    1 2 3 4 5 **6**    1/1