**DECLARATION (UNDER 37 CFR 1.130(b)) FOR DESIGN APPLICATION**

| Title of invention | Foldable Wagon |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

United States application number 29/989,036, filed on 02/10/2025.

 

    I, Jinchun HUANG, am the inventor of the claimed design and the inventor of the Collapsible Foldable Wagon Cart. The public date of the Collapsible Foldable Wagon Cart is earlier than the X GEN. The Collapsible Foldable Wagon Cart's link "https://www.temu.com/goods.html?goods_id=601099645912472" disclosed and posted on TEMU on August 22, 2024, which could be seen in the Evidence 1, was obtained directly from me, and was invented directly by me, Jinchun HUANG.

 

    The owner of the Amazon store Hangzhouzikedianzishangwu Co., Ltd. of Collapsible Foldable Wagon Cart signed an authorization with me, which could be seen in the Evidence 6. Further, the owner got my authorization to sell it, which could be seen in the Evidence 2, 3 and 4.

 

    All statements made of my own knowledge are true and that all statements made on information and belief are believed to be true.

    I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both, and may jeopardize the validity of the application or any patent issuing thereon.

Evidence 1



Evidence 2





# 1pc, Collapsible Foldable Wa... ✕1

Sub-order number :211-051653918367...

SKU ID : 3618277671

SKC ID :4223228492

SPU ID: 399037466

SKU Number:X004E2EFST

property:Black - 260lbs

Inventory deduction warehouse:ehouse F...

Evidence 3





**Product Information**

450/330/260/220LBS Collapsible Foldable Wagon Cart, Heavy Duty Utility Outdoor Cart With All-Terrain Wheels for Barbecue, Beach, Lawn, Sports, Camping, Black, 30" ~ Preferred Choice for Outdoor Cooking

Category: Garden four-wheeled cart

SPU ID: 399037466

SKC ID:4223228492

Item No.:

Hot sale    Available >

Evidence 4



## Store Information

Business Name

Hangzhouzikedianzishangwu Co., Ltd.

Address

Room 15662, No. 260, Jiangshu Road, Xixing Street, Binjiang
District, Hangzhou City, Zhejiang Province
Binjiang District
310051
Zhejiang Province, Hangzhou City
China

Note

If you have any inquiries, you may contact this store through
the direct chat function.

Evidence 5



Evidence 6

## Sales Authorization Certification

This is to certify that ___JINCHUN HUANG___ holder of below picture __Fold Wagon__
officially authorizes _____Hangzhouyikedianzishangmu Co., Ltd_____ to sell the
above products worldwide.
This certification is valid from ___2024.7.1___ to ___2027.7.1___
Product pictures is below:



Authorizer party :
Inventor signature: JINCHUN HUANG
Address:No.142,Licheng  Village, Dongchen Hu  County,  Fujian  Prov
ince
Date:  7/1/2024
Director signature:
Address:Room 15662, No. 260, Jiangshu Road, Xianiin Street, Binjiang District, Hangzhou
City, Zhejiang Province
Date:  7/1/2024

**LEGAL NAME OF INVENTOR**

Inventor:    Jinchun HUANG                    Date   6/8/2025

Signature:    /Jinchun HUANG/