



*United States of America*

*To Promote the Progress*        *of Science and Useful Arts*

## The Director

*of the United States Patent and Trademark Office has received an application for a patent for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.*

*Therefore, this United States*

## Patent

grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America or importing the design into the United States of America for the term set forth by law.

*John A. Squires*

DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

## Maintenance Fee Notice

No maintenance fees are required in design patents.

## Patent Term Notice

If the application for this patent was filed on or after May 13, 2015, the term of this patent is 15 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253. If the application for this patent was filed prior to May 13, 2015, the term of this patent is 14 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.

Form PTO-379C (Rev 09/17)

US0D1104396S

(12) **United States Design Patent**  (10) Patent No.: **US D1,104,396 S**

Huang  (45) Date of Patent: ✱✱ **Dec. 2, 2025**

(54) **FOLDABLE WAGON**

(71) Applicant: **Jinchun Huang**, Ningde (CN)

(72) Inventor: **Jinchun Huang**, Ningde (CN)

( * ) Notice: Patent file contains an affidavit/declaration under 37 CFR 1.130(b).

(**) Term: **15 Years**

(21) Appl. No.: **29/989,036**

(22) Filed: **Feb. 10, 2025**

(51) LOC (15) Cl. ................................................. **12-02**

(52) **U.S. Cl.**
USPC ................................ **D34/12**; D34/17; D34/21

(58) **Field of Classification Search**
USPC ............. D21/425, 534, 536; D34/12, 17, 21
CPC .. B62B 3/00; B62B 3/002; B62B 3/02; B62B 2202/52; B62B 2205/00; B62B 2205/06; B62B 2205/30; B62B 2205/33; B62B 2206/006
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D866,676 S | | 11/2019 | Ostergaard | | |
| D921,321 S | * | 6/2021 | Pang | ............................... | D34/12 |
| D926,413 S | * | 7/2021 | Pang | ............................... | D34/12 |
| D1,000,529 S | * | 10/2023 | Wu | ............................... | D34/12 |
| D1,006,378 S | * | 11/2023 | Zhao | ........................... | D21/534 |
| D1,014,646 S | * | 2/2024 | Wu | ............................... | D34/12 |
| D1,018,688 S | * | 3/2024 | Wu | ............................... | D34/12 |
| D1,047,336 S | * | 10/2024 | Zhou | ............................. | D34/12 |
| D1,050,659 S | * | 11/2024 | Sun | .............................. | D34/17 |
| D1,050,660 S | * | 11/2024 | Sun | .............................. | D34/17 |
| D1,050,661 S | * | 11/2024 | Sun | .............................. | D34/17 |
| D1,058,985 S | * | 1/2025 | Sun | .............................. | D34/12 |
| D1,060,919 S | * | 2/2025 | Sun | .............................. | D34/12 |
| 2014/0001735 A1 | * | 1/2014 | Yang | ...................... | B62B 3/02 |
| | | | | | 280/651 |

FOREIGN PATENT DOCUMENTS

GB        6386449        *   9/2024

OTHER PUBLICATIONS

Nebicals Small Collapsible Folding Black Pull Wagon, date first available Jun. 28, 2023 [online], [site visited Mar. 20, 2025]. Available from internet: <https://www.amazon.com.au/NEBICALS-Foldable-Collapsible-Groceries-Apartment/dp/B0C9MQ2TYB?th=1> (Year: 2023).*

(Continued)

*Primary Examiner* — Richard Kearney
*Assistant Examiner* — David Weir
(74) *Attorney, Agent, or Firm* — Sang Young Han

(57) **CLAIM**

The ornamental design for a foldable wagon, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a foldable wagon, showing my new design;
FIG. **2** is a rear perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a top view thereof;
FIG. **8** is a bottom view thereof;
FIG. **9** is another front perspective view showing the foldable wagon in another configuration; and,
FIG. **10** is another rear perspective view showing the foldable wagon in another configuration.
The broken lines in the drawings illustrate the portions of the foldable wagon, which form no part of the claimed design.

**1 Claim, 10 Drawing Sheets**



**US D1,104,396 S**

Page 2

(56)                    **References Cited**

OTHER PUBLICATIONS

Pasamic Collapsible Wagon 220 lbs, date first available Jan. 16, 2025 [online], [site visited Apr. 2, 2025]. Available from internet, URL: <https://www.amazon.ae/Collapsible-Foldable-Portable-Groceries-All-Terrain/dp/B0DMK5NZBY/> (Year: 2025).*

* cited by examiner



*FIG. 1*



*FIG. 2*



*FIG. 3*



*FIG. 4*



*FIG. 5*



**FIG. 6**



**FIG. 7**



*FIG. 8*



*FIG. 9*



*FIG. 10*