# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHENXI ZENG,

               Plaintiff,

      v.

SCHEDULE A DEFENDANTS,

               Defendants.

Civil Case No.: 2:26-cv-00142-WSS

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 3, 5, 8 & 9

Under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice,

against the following defendants from this action:

| No. | Defendant | Seller ID | Platform |
|---|---|---|---|
| 3 | Molotar Shop | 634418216108433 | Temu |
| 5 | Brandon Super Sports | 634418216237544 | Temu |
| 8 | HaoMart | 634418222207425 | Amazon |
| 9 | Brandon Super Family | 634418216236822 | Amazon |

///

///

///

1

Date: February 23, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
**Aptum Law**
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorneys for Plaintiff*