IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHENXI ZENG,<br><br>      Plaintiff,<br><br>  v.<br><br>SCHEDULE A DEFENDANTS,<br><br><br>      Defendants. | Civil Case No.: 2:26-cv-00142-WSS |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Under Rules 41(a)(1)(A)(i) and 41(a)(1)(B), Plaintiff hereby gives notice that this action is voluntarily dismissed without prejudice. Schedule A Defendants, the Individuals, Partnerships, and Unincorporated Associations identified in **Schedule A** has not served an answer or motion for summary judgment in this action.

Accordingly, Plaintiff's notice voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B)

Date: February 23, 2026        Respectfully submitted,

                    /s/ Zheng "Andy" Liu
                    Zheng "Andy" Liu (CA- 279327)
                    1660 S Amphlett Blvd Suite 315
                    San Mateto, CA 94402
                    Email: Andy.Liu@AptumLaw.us

                    *Attorneys for Plaintiff*