**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**

Joseph F. Weis, Jr. U. S. Courthouse
700 Grant Street
Pittsburgh, PA 15219
www.pawd.uscourts.gov

| | |
|---|---|
| **BRANDY S. LONCHENA** | |
| CLERK OF COURT | IN REPLYING GIVE NUMBER |
| 412−208−7500 | OF CASE AND NAMES OF PARTIES |

Date: February 23, 2026

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313−1450

      RE:   CHENXI ZENG vs.  SCHEDULE A DEFENDANTS
      Case Number:   **2:26−CV−00142−WSS**

Dear Commissioner:

   Enclosed is a copy of the order/dismissal and docket entries which terminated the above captioned matter in the United States District Court for the Western District of Pennsylvania.

      Sincerely,

      BRANDY S. LONCHENA
      CLERK OF COURT

  By:  /s/ **Rebecca J Richardson**
      Deputy Clerk

Enclosures